UNITED STATES of America,
Plaintiff–Appellee,

v.

Maurie Wade SHIELDS, a/k/a Chip,
Defendant–Appellant.

No. 93–9270.

United States Court of Appeals,
Eleventh Circuit.

Sept. 13, 1995.

Bruce S. Harvey, Atlanta, GA, for appellant.

Joe D. Whitley, U.S. Atty., NGA, James R. Harper, Amy Levin Weil, Asst. U.S. Attys., Atlanta, GA, for appellee.

ON PETITION FOR REHEARING

(Opinion April 10, 1995, 11th
Cir., 1995, 49 F.3d 707)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges of this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.